Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re ) Case No._____
 )
 ) **Notice of Intent to Sell Property at Public Auction,**
 ) **Application to Employ and Compensate Auctioneer,**
Debtor(s) ) **and Order Thereon**

The undersigned trustee applies to employ _____,
whose address is _____,
as auctioneer to sell the following assets of the estate at public auction:




The undersigned trustee further applies to pay the auctioneer a commission of _____ % of gross sales at auction and expenses not to exceed $_____. Explanation if needed:




The auction is scheduled as follows:  Date: _____  Time: _____
Location: _____


The sale items will be available for inspection at the auction site as follows: Date: _____
Hours: _____ to _____ Contact: _____


**753.50 (6/1/2019)** Page 1 of 2

**NOTICE IS GIVEN** that the trustee will proceed with the auction as scheduled and pay the auctioneer as described above unless, within the objection period stated below, an interested party:

    1) files a written objection to the sale or auctioneer's compensation, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave #2600, Eugene OR 97401, and

    2) serves the objection on the trustee at: _____

Any objection must be filed within the following time from the date in the "Filed" stamp on page 1:
    23 days
    _____ days (objection period shortened by order entered as Docket #_____)

To the best of the trustee's knowledge, the auctioneer has no connections with the entities listed in the certification below, except as described therein.

Date:_____

                                                  Trustee

I, the auctioneer named above, certify that my firm has the following connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any District of Oregon bankruptcy judge:

    None

I also certify I have complied with the U.S. Trustee's bonding requirements and neither I nor my insiders (per 11 U.S.C. § 101(31)) will directly or indirectly acquire any interest in the estate property to be sold.

                                                  Auctioneer

**IT IS ORDERED** that employment and compensation of the auctioneer is authorized as described above and, prior to receiving compensation, the auctioneer must file a complete report on Local Bankruptcy Form (LBF) 753.52.

###

**753.50 (6/1/2019)**                  Page 2 of 2

Exhibit A

# INVENTORY LIST FOR 2107 INDUSTRAIL RD. NAMPA ID.

16- Audlt CPR Mankins
8-Infint CPR Mankins
7 - WNL AED Trainers
5- Heartstart AED Trainer
Advanced Airway Mankins 4-Audlt, 1- Child, 1-Infint
2-Birthing Mankins
1-LifePac Heart Montor

4- Zoll Heart Montor
2-Sets ACLS Training Posters
2-Sets PALS Training Posters
2- EZ/IO System
1-Pediatric Color Coded ALS Bag
1-Ferno Gurney
Misc. Laryngoscpe Handles, and Blades
2- Sager Traction Splints
3- Ferno Traction Splints
Misc.# Bag Valve Mask
Misc # C-Collars
10- New B/P Sphygmomanometer
7- Used B/P Sphygmomanometer
2-New Stethoscope Misc.# Uesed
Misc. # Splints
4= IV Training Arm Mankins
6- Backbaords
Misc. # O2 Tanks and 2 Carring bag
Personal Frist Aid Kits
File Cabnets
HP Page Wide Pro Printer
HP- Lazer Pro
HP 8035 Printer
6- Computers

4- Pull Down Screens
6-Projectors
2- Computer Glass Tables
4-Office Desk
Folding Chairs
Folding Tables
...
8- White Boards
Inventory Room
Janitor Closet
Kitchen Inventory
9- Metal Shelving
8-Office Chairs
1-Couch
2 End Tables
P-Touch Lable Maker
Mini Skeleton
Adult Size Skeleton
2 IV Stands
Back Room Invintory
2-Step Stools
Misc. Bags
1 Extition Ladder
1-5ft Ladder
2-Wooden Back Broads
6-Suction Units
1-KED
5-Spinal Strapes (Spider Strapes)
5-Boxes Heart Paper
2-Zoll Heart Montors Generator
1-Set American Suit Case
1-Code Blue III ALS Training System
Advanced Airway Trainer, ET Tudes,OPA,NPA.
IV and IO Leg Training Mankin

Metal Stokes Basket
White Broad on Stand
White Cabinet
Hand Truck

Not all items on this list are available.